USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/10/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

UNITED STATES OF AMERICA,  :  19-Cr-710 (SHS)

    -v-  :

XIN HUI ZHOU,  :  ORDER

        Defendant.  :

------------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

    IT IS HEREBY ORDERED that defendant's motion for severance and a separate trial pursuant to *Bruton v. United States* [Doc. No. 21] is dismissed without prejudice to renew.

Dated: New York, New York
       March 10, 2020

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.