LAWRENCE H. SCHOENBACH*
PARTNER, INSTITUTE FOR TAX AND
COMMERCIAL LAW, CH-ZÜRICH

OF COUNSEL
ELLEN BESSIS**
JÜRG BRAND***
ERICA B. POPKIN
ADAM ZHENG****
A. JEFFREY WEISS*****

*ALSO ADMITTED IN D. PUERTO RICO AND U.S.V.I
**ADMITTED IN FRANCE ONLY
***ADMITTED IN SWITZERLAND ONLY
****ADMITTED IN CHINA ONLY
*****ALSO ADMITTED IN U.S.V.I AND ILL.

LAW OFFICES OF
LAWRENCE H. SCHOENBACH, ESQ.
ATTORNEY-AT-LAW

THE TRINITY BUILDING
111 BROADWAY, SUITE 901
NEW YORK, NEW YORK 10006
(212) 346-2400

FACSIMILE (347) 368-0616

SCHOENBACHLAWOFFICE@ATT.NET
WWW.SCHOENBACHLAW.US

108 BOULEVARD DU MONTPARNASSE
75014, PARIS, FRANCE

TALSTRASSE 82
POSTFACH 4818
8022, ZURICH, SWITZERLAND

2111 COMPANY STREET
CHRISTIANSTED, ST. CROIX
U.S. VIRGIN ISLANDS 00820

HONGXINGDIANJIN BUSINESS CENTER
# 2, FOURTH FLOOR, PUSHANG AVENUE
FUZHOU, CHINA

December 30, 2020

*By Electronic Mail and ECF Only*

**MEMO ENDORSED**

Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *United States v. Xin Hui Zhou,*
               *19 Cr. 710 (SHS)*

Dear Judge Stein:

      I write on behalf of my client, the above-referenced Xin Hui ("Darren") Zhou to respectfully request that the defendant's sentencing, currently scheduled for January 14, 2020, be adjourned to the same date of his co-defendant Hai Jiao Dai. Yesterday, Your Honor granted the co-defendant's application for a 45-day adjournment of the sentencing. Mr. Zhou asks for the same consideration, particularly in light of the Chief Judge's Standing Order suspending all in-person proceedings in the Southern District of New York through (at least) January 15, 2021.

      For the same reasons asserted by my co-counsel on behalf of Mr. Dai, I believe it is in my client's best interests to be sentenced in person before Your Honor and at the same time as his co-defendant.

      The government does not object to this request.

LAW OFFICES OF
LAWRENCE H. SCHOENBACH, ESQ.

Honorable Sidney H. Stein  *United States v. Xin Hui Zhou*
United States District Judge  *19 Cr. 710 (SHS)*
December 30, 2020
Page 2 of 2

    Thank you for your consideration.

                Very truly yours,

                LAW OFFICES OF
                LAWRENCE H. SCHOENBACH

        By:    _____
                Lawrence Schoenbach, Esq.

LHS/sms
Cc:    AUSA Thomas John Wright, Esq. (by electronic mail and ECF)
       Andrew Dalack, Esq. (by electronic mail and ECF)
       Darren Zhou

**The sentencing is adjourned to March 8, 2021, at 11:00 a.m. Defense submissions are due by February 8, 2021, the government submissions are due by February 22, 2021.**

Dated:  New York, New York
          January 4, 2021

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.