LAWRENCE H. SCHOENBACH*
PARTNER, INSTITUTE FOR TAX AND
COMMERCIAL LAW, CH-ZÜRICH

OF COUNSEL
ELLEN BESSIS**
JÜRG BRAND***
ERICA B. POPKIN
ADAM ZHENG****
A. JEFFREY WEISS*****

*ALSO ADMITTED IN D. PUERTO RICO AND U.S.V.I
**ADMITTED IN FRANCE ONLY
***ADMITTED IN SWITZERLAND ONLY
****ADMITTED IN CHINA ONLY
*****ALSO ADMITTED IN U.S.V.I AND ILL.

LAW OFFICES OF
## LAWRENCE H. SCHOENBACH, ESQ.
ATTORNEY-AT-LAW

THE TRINITY BUILDING
111 BROADWAY, SUITE 901
NEW YORK, NEW YORK 10006
(212) 346-2400

FACSIMILE (347) 368-0616

SCHOENBACHLAWOFFICE@ATT.NET
WWW.SCHOENBACHLAW.US

TALSTRASSE 82
POSTFACH 4818
8022, ZURICH, SWITZERLAND

2111 COMPANY STREET
CHRISTIANSTED, ST. CROIX
U.S. VIRGIN ISLANDS 00820

HONGXINGDIANJIN BUSINESS CENTER
#2, FOURTH FLOOR, PUSHANG AVENUE
FUZHOU, CHINA

**MEMO ENDORSED**

July 31, 2023

*Via ECF Only*

Honorable Sidney H. Stein
United States District Judge, Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10006

    Re:    *United States v. Xin Hui Zhou a/k/a Darren Zhou*
            19 Cr. 710 (SHS)

Dear Judge Stein,

    I write this letter motion on behalf of my former client, the above-referenced Daren Zhou, to request that Your Honor Order the SDNY Pre-Trial Services Office ("PTS") to return to Mr. Zhou his now-expired United States passport. Mr. Zhou had surrendered his passport to PTS upon his arrest in September 2019 and it has remained with PTS since that time. On March 8, 2021, the Court sentenced Mr. Zhou to a two-year term of supervised release and, as of March 2023, that supervision has (successfully) concluded. I note that even though his passport is expired, Mr. Zhou needs it to surrender it to the U.S. Passport Agency so that he may apply for a new passport.

    Thank you for your consideration.

                                          Very truly yours,

                                          LAW OFFICES OF
                                          LAWRENCE H. SCHOENBACH

LHS/sms

                                By: _____
                                    Lawrence H. Schoenbach, Esq.

**Request granted.**

**Dated: New York, New York
August 1, 2023**

SO ORDERED:

*/s/ Sidney H. Stein*
Sidney H. Stein, U.S.D.J.